UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYDNEY DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>SHERIFF RICK WATSON, PHILLIP MCLAURIN, WEXFORD HEALTH SOURCES, INC., DR. SHAH, JOHN DOE, RICHARD ROE, JANE DOE and ST. CLAIR COUNTY,<br><br>    Defendants. | Case No. 13-cv-740-JPG-PMF |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 33) of Magistrate Judge Philip M. Frazier recommending that the Court deny the motion to dismiss filed by defendant St. Clair County, Sheriff Rick Watson and Philip McLaurin (Doc. 8) and grant the motion to dismiss filed by defendants Wexford Health Sources, Inc. and Vipin Shah (Doc. 26) with leave to amend.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 33);

- **DENIES** the motion to dismiss filed by defendant St. Clair County, Sheriff Rick Watson and Philip McLaurin (Doc. 8);

- **GRANTS** the motion to dismiss filed by defendants Wexford Health Sources, Inc. and Vipin Shah (Doc. 26);

- **DISMISSES** Counts 6 and 8 of the Amended Complaint **without prejudice** and with leave to replead; and

- **ORDERS** that plaintiff Sydney Davis shall have up to and including July 18, 2014, to file an amended pleading with the required affidavit.

**IT IS SO ORDERED.**
**DATED:   June 24, 2014**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**