UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYDNEY DAVIS,<br><br>           Plaintiff,<br><br>     v.<br><br>SHERIFF RICK WATSON, PHILLIP MCLAURIN, WEXFORD HEALTH SOURCES, INC., DR. SHAH, DR. LARSON, JOHN DOE, RICHARD ROE, JANE DOE, UNKNOWN POLICE OFFICERS, UNKNOWN SECURITY GUARDS, UNKNOWN NURSES, UNKNOWN DOCTORS and ST. CLAIR COUNTY,<br><br>           Defendants. | Case No. 13-cv-740-JPG-PMF |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Magistrate Judge Philip M. Frazier's order to show cause why defendants John Doe, Richard Roe, Jane Doe, unknown Police Officers, unknown Security Guards, unknown Nurses, and unknown Doctors should not be dismissed without prejudice for failure to serve within the time provided by Federal Rule of Civil Procedure 4(m) (Doc. 58).   Plaintiff Sydney Davis has responded that he has no objection to dismissal of these defendants (Doc. 59).   In the absence of any objection, the Court **DISMISSES** all claims against defendants John Doe, Richard Roe, Jane Doe, unknown Police Officers, unknown Security Guards, unknown Nurses, and unknown Doctors **without prejudice** for failure to serve and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
DATED:   June 22, 2015

                                                                s/ J. Phil Gilbert
                                                                **J. PHIL GILBERT**
                                                                **DISTRICT JUDGE**